FILED

07/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0353

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Cause No. DA 23 0353**

RONALD MICHAEL WINTERS

Petitioner and Appellant,

     v.

TAMARA MELANIE WINTERS

Respondent and Appellee.

                                      **ORDER FOR MEDIATION**
                                        **AND BRIEFING SCHEDULE**

_____

The parties having jointly moved and agreed to a schedule for mediation and briefing, and the Court, having reviewed the motion, HEREBY ORDERS:

That appellate mediation in this cause, conducted before Russell C. Fagg, shall occur on or before September 15, 2023; and

That upon conclusion of mediation, should the matter not resolve, then Appellant's brief shall be filed on or before October 16, 2023, and Appellee's brief be filed on or before November 14, 2023 and any reply brief shall be filed on or November 29, 2023.

DATED this _____ day of July, 2023.

                                    _____
                                    **JUSTICE MONTANA SUPREME COURT**

cc:  Kevin T. Sweeney
      Shawn P. Cosgrove

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 17 2023